IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TARIA DASHAWN DARDEN**<br>**451 17TH STREET SE**<br>**WASHINGTON, DC 20032**<br><br>         Plaintiff,<br><br>v.<br><br>**LILLIAN GLADYS PEARSON,**<br>1111 16th Street NE<br>**WASHINGTON, DC 20002**<br><br>&<br><br>**WASHINGTON METROPOLITAN**<br>**AREA TRANSIT AUTHORITY**<br>**300 7th STREET SW**<br>**WASHINGTON, DC 20024**<br><br>         Defendants. | Case No. 1:23-cv-2185 |

**NOTICE OF REMOVAL BY DEFENDANT**
**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY ("WMATA")**

To the Judges of the United States District Court for the District of Columbia:

1. On or about July 3, 2023, Plaintiff filed a complaint against WMATA in the Superior Court of the District of Columbia, in the case titled <u>Taria Darden v. WMATA, et al.,</u> Case No. 2023 CAB 003953.

2. Defendant WMATA was formally served in this action on or about July 10, 2023.

3. The Complaint and information sheet filed by the Plaintiff in the Superior Court of the District of Columbia are attached. Additionally, the Summons and Initial Order issued by

the Superior Court of the District of Columbia are attached. These documents constitute the only process, pleadings, or orders received by the Defendant WMATA in this case.

4. This is a civil action over which this Court has original jurisdiction, pursuant to Pub. L. No. 89-774 and D.C. CODE §9-1107.10 (81), which specifically grants original jurisdiction over suits against WMATA to the United States District Court and allows for the removal of claims against WMATA, in state court, to this court in accordance with 28 U.S.C. §1446 (2017).

5. Pursuant to 28 U.S.C. § 1446(d), a Notice of Removal is being contemporaneously filed with the Clerk of the Superior Court of the District of Columbia, and mailed to Plaintiff's counsel.

WHEREFORE, Defendant WMATA requests that the entire above-referenced action now pending in the Superior Court of the District of Columbia be removed to this Court.

Respectfully submitted,

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY
By counsel

By: ____/s/Sarah E. Allison____
Sarah E. Allison #996402
Senior Counsel
Office of the General Counsel
300 7th Street SW
Washington, D.C. 20024
202.962.0690
202.962.2550 (fax)
eallison@wmata.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Removal was electronically filed and served July 28, 2023, to:

David E. Tompkins, Esq.
Lewis & Tompkins, P.C.
836 Bonifant Street
Silver Spring, MD 20910

                                                /s/ Sarah E. Allison
                                                 Sarah E. Allison